157 A.3d 486

**U.S. BANK, N.A., as Trustee for Sasco Mortgage Loan Trust 2006-WF3, Respondent**

v.

**Albert J. HARLOW, Jr., Petitioner**

No. 318 MAL 2016

Supreme Court of Pennsylvania.

September 15, 2016

## ORDER

PER CURIAM

**AND NOW**, this 15th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.